IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN S. HAMPTON, E-97187,          ) | |
|           Petitioner,          ) | No. C 14-0344 CRB (PR) |
|     v.          ) | AMENDED ORDER OF |
| R. T. C. GROUNDS, Warden,          ) | DISMISSAL |
|          Respondent.          ) | |
| _____ ) | |

The order of dismissal filed on March 31, 2014 (docket #12) is vacated and replaced with the following order:

On February 10, 2014, the court notified petitioner in writing that his action for a new trial/petition for a writ of habeas corpus under 28 U.S.C. § 2254 was deficient because he did not pay the requisite $5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. Petitioner was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 40 days have elapsed; however, petitioner has not filed the requisite items or sought an extension of time to do so. The action is DISMISSED without prejudice to filing a new habeas action accompanied by the requisite $5.00 filing fee or a signed and completed in forma pauperis application.

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED:  April 7, 2014          _____

CHARLES R. BREYER
United States District Judge

1  N:\Hampton, R.14-0344.dsifp.wpd
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28